# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ERIC M. BOONE**  PLAINTIFF
*ADC #130387*

v.   CASE NO. 2:24-CV-00002-BSM-BBM

**DEXTER PAYNE,** *et al.*  DEFENDANTS

## ORDER

Having reviewed the record carefully, Magistrate Judge Benecia B. Moore's partial recommended disposition [Doc. No. 5] is adopted.

Eric Boone's failure-to-protect claims against Dexter Payne, Moses Jackson, and Lieutenant Watson are dismissed without prejudice. Boone's First Amendment retaliation claims are also dismissed without prejudice. Boone may proceed with failure-to-protect claims against Corporal Straten and Corporal Gates for not escorting him to his cell and for not placing his attacker on Boone's Enemy Alert List.

IT IS SO ORDERED this 23rd day of December, 2024.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE